# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LAWRENCE L. KELLY,                )
                                          )
                 Plaintiff,     )
                                            )
v.                                    )     **CIVIL ACTION**
                                          )     **No: 09-2188-KHV**
MYRTLE WILSON,            )
et al.,                          )
                 Defendants.  )
_____ )

## MEMORANDUM AND ORDER

On April 14, 2009, Lawrence L. Kelly, pro se, filed this action against the United States
Department of Housing and Urban Development ("HUD") and HUD employees Myrtle Wilson and
Bryan Green. Kelly alleges that defendants violated the Fair Housing Act, 42 U.S.C. § 3601 et seq.,
and seeks damages in excess of $3,000,000. On July 15, 2009, plaintiff filed a Motion for Default
Judgment (Doc. #8) which the Court construed as a motion for entry of default. The Court noted
that plaintiff had not shown service on defendants and found that plaintiff therefore was not entitled
to entry of default. See Doc. #11. On February 5, 2010, plaintiff filed a motion titled Default
Judgement Federal Rule Of Civil Procedure 55 (Doc. #22). This matter comes before the Court on
Defendants' Motion To Strike Plaintiff's "Default Judgement Federal Rule Of Civil Procedure 55"
[Doc. #22] (Doc. #24) filed February 8, 2010.

Defendants assert that plaintiff has not yet served the United States as required by Rule 4(i),
Fed. R. Civ. P., so the time for defendants to answer or otherwise respond has not even commenced.
Nevertheless, because the Court set this case for a scheduling conference, defendants have filed a
Motion to Dismiss. See Doc. #15 (filed January 8, 2010). Defendants' motion to dismiss is a timely
responsive pleading to plaintiff's unserved complaint and the Court therefore has no basis to enter

default or default judgment.  See Brooks v. Graber, Case No. 00-2262-DES, 2000 WL 1679420, at

*2 (D. Kan. Nov. 6, 2000).  The Court therefore sustains defendants' motion to strike.

**IT IS THEREFORE ORDERED** that Defendants' Motion To Strike Plaintiff's "Default

Judgement Federal Rule Of Civil Procedure 55" [Doc. #22] (Doc. #24) filed February 8, 2010 be

and hereby is **SUSTAINED**.

Dated this 6th day of April, 2010 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge